IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN SEAFOOD AS,     *

         Plaintiff,     *

v.     *     Civil Action No. WMN 00 CV 3020

NORAM TRADING LIMITED,     *

         Defendant.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT REQUEST FOR EARLY SETTLEMENT/ADR CONFERENCE AND STATUS WITH REGARDS TO PROCEEDING BEFORE A MAGISTRATE JUDGE

Plaintiff Norman Seafood AS and Defendant Noram Trading Limited, pursuant to this Court's Scheduling Order of December 5, 2000, hereby request this Court to set the above-captioned case in for an early settlement/ADR conference.

Furthermore, at this time, there is no unanimous consent to proceed before a United States Magistrate Judge.

Counsel for Defendant has authorized the undersigned to sign this Joint Request on their behalf.

_____
Michael R. Beil

O'Toole, Rothwell, Nassau
& Steinbach
1700 K Street, N.W., Suite 700
Washington, D.C. 20006

Attorneys for Defendant
Noram Trading, Limited

_____
James W. Bartlett, III
Federal Bar No. 00017
Andrew M. Winick
Federal Bar No. 24958

Wilson, Elser, Moskowitz,
   Edelman & Dicker LLP
400 East Pratt Street, 7th Floor
Baltimore, Maryland 21202

Attorneys for Plaintiff
Norman Seafood AS

APPROVED
December 20th 00
[signature]