IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NORMAN SEAFOOD AS, | * |
| Plaintiff, | * |
| v. | * Civil Action No. WMN 00 CV 3020 |
| NORAM TRADING LIMITED, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### LINE OF SUBSTITUTION OF COUNSEL

The Court will please withdraw the appearance of James W. Bartlett, III and Andrew M. Winick as counsel for Plaintiff, Norman Seafood AS, and enter the appearance of Robert B. Wallace and David A. Seltzer, of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker, LLP as counsel for Plaintiff, Norman Seafood AS, in the above-captioned matter. Counsel entering this case are both member of the Bar of this Court. The Court shall also please note the firm's new address of 1341 G Street, N.W., Fifth Floor, Washington, D.C. 20005.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

By: _____
Robert B. Wallace (Bar # 15128)
David A. Seltzer (Bar # 15036)
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
(202) 626-7660
Counsel for Plaintiff Norman Seafood AS

" APPROVED " THIS 21st DAY
OF September, 20 01

_____
UNITED STATES DISTRICT JUDGE

109935.1

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Line Of Substitution Of Counsel was mailed, postage prepaid this 20th day of September, 2001 to:

> Richard B. Rosenblatt
> The Law Offices of Richard B. Rosenblatt
> 30 Courthouse Square, Suite 302
> Rockville, MD 20850

_____
David A. Seltzer

109935.1