IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN SEAFOOD AS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 00 CV 3020 |
| NORAM TRADING LIMITED, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon Plaintiff Norman Seafood AS's Consent Motion to Extend Deadline for Plaintiff's Rule 26(a)(2) Expert Disclosure, there appearing good reason therefor and no opposition thereto, it is

ORDERED this 16th day of January, 2002, that plaintiff Norman Seafood shall have until thirty (30) days after receipt of defendant Noram's Answers to Interrogatories to file its Rule 26(a)(2) Expert Disclosure.

_____
The Honorable Paul W. Grimm
United States Magistrate Judge

cc: Robert B. Wallace, Esquire
David A. Seltzer, Esquire

Richard B. Rosenblatt, Esquire
Linda M. Dorney, Esquire

114701.1