UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

January 16, 2002

RE: *Norman Seafood AS v. Noram Trading, Ltd.*
    WMN-00-3020

## MEMORANDUM FOR COUNSEL

Dear Counsel:

The plaintiff's motion to compel Rule 33 and 34 discovery responses is pending and ripe for ruling. Papers No. 18, 19, & 20. The motion is GRANTED. Because timely responses were not filed, despite efforts by the plaintiff informally to obtain them, all objections except for attorney client privilege or work product doctrine are waived. Defendant will file fully responsive Rule 33 responses, that are complete and unevasive (Rule 37(a)(3)) and signed (Rule 33) within TEN days of this order, and also shall file a written response to the Rule 34 request that clearly indicates whether all documents in all categories have been produced. Any assertion of attorney client privilege or work product doctrine will fully comply with Rule 26(b)(5) and the discovery guidelines of this court.

Failure fully to comply with this order may subject the defendant to sanctions under Rule 37(b), including an order that all defenses to the claim be stricken, and the defendant be precluded from offering any evidence at trial to oppose the plaintiff's claim. Within TEN days of this order plaintiff will submit an itemized statement of costs associated with the filing of the motion, defendant will submit a reply within TEN days thereof, and the plaintiff any reply within FIVE days. The submissions regarding fees will be in letter format, and not exceed five pages, exclusive of exhibits.

This informal ruling is an order of the court, to be docketed accordingly.

Paul W. Grimm
United States Magistrate Judge

cc: Honorable William M. Nickerson
    Clerk