IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN SEAFOOD AS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 00 CV 3020 |
| NORAM TRADING LIMITED, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### JOINT PROPOSED AMENDED SCHEDULING ORDER

This Scheduling Order is being entered pursuant to Local Rule 103.9. **The schedule will not be changed except for a good cause.**

### DEADLINES

| | |
|---|---|
| Joint request for early settlement/ADR conference (The request will not postpone discovery unless otherwise ordered). | November 30, 2001 |
| Report re deposition hours | November 30, 2001 |
| Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge | November 30, 2001 |
| Moving for joinder of additional parties and amendment of pleadings | December 28, 2001 |
| Plaintiff's Rule 26(a)(2) disclosures re experts | January 18, 2001 |
| Defendant's Rule 26(a)(2) disclosures re experts | February 15, 2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | March 1, 2002 |

118786.1



- 2 -

| | |
|---|---|
| Rule 26(e)(2) supplementation of disclosures and responses | March 8, 2002 |
| **Discovery deadline; submission of status report** | April 19, 2002 |
| Requests for admission | May 31, 2002 |
| **Dispositive pretrial motions deadline** | June 21, 2002 |

Dated: 3/12/02

_____
Paul W. Grimm
United States Magistrate Judge

cc: Honorable William M Nickerson
    Court Clerk

- 2 -

118786.1