# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

July 22, 2002

David Seltzer, Esquire
Andrew M. Winick, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, N.W. Suite 500
Washington, D.C.  20005

Richard B. Rosenblatt, Esquire
30 Courthouse Square, Suite 302
Rockville, Maryland 20850

RE:    Norman Seafood v. Noram Trading Limited
       Civil Action No.: WMN-00-3020

Dear Counsel:

Please provide to me, within ten days of the date of this letter, a status report of the settlement negotiations in the above captioned case.

Your anticipated cooperation in this matter is greatly appreciated.

Very truly yours,

Paul W. Grimm
United States Magistrate Judge

cc:    Honorable William M. Nickerson
       Court File