IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN SEAFOOD AS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 00 CV 3020 |
| NORAM TRADING LIMITED, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon Plaintiff Norman Seafood AS's Motion for an Order compelling Steven Himelfarb and Jeremy Himelfarb to appear for deposition, there appearing good reason therefor, it is

ORDERED, this 5th day of August, 2002, that Steven Himelfarb shall appear for deposition on August 29, 2002 at 10:00 a.m. and Jeremy Himelfarb shall appear for deposition on August 29, 2000 at 2:00 p.m., at the location specified on the Second Amended Notices of Deposition filed as exhibits to this Motion, unless they show cause on or before 8/15/02 why said depositions should not proceed. and it is further

~~ORDERED, that if the deponents do not appear for deposition on the above-specified date and time at the above-specified location, the defendant shall be precluded from presenting at trial a defense to the claims made against it in this action.~~

_____
The Honorable Paul W. Grimm
United States Magistrate Judge

cc:  Robert B. Wallace, Esquire
     David A. Seltzer, Esquire
     Richard B. Rosenblatt, Esquire

128466.1