_____FILED _____ENTERED
_____LODGED _____RECEIVED

AUG 9 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN SEAFOOD AS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 00 CV 3020 |
| NORAM TRADING LIMITED, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S PROPOSED AMENDED SCHEDULING ORDER

This Amended Scheduling Order is being entered pursuant to Local Rule 103.9. **The schedule will not be changed except for a good cause.**

### DEADLINES

**Discovery deadline;
submission of status report**           September 13, 2002

Requests for admission                  October 11, 2002

**Dispositive pretrial motions
deadline**                              November 15, 2002

Dated: 8/5/02                           _____
                                        Paul W. Grimm
                                        United States Magistrate Judge

128595.1