IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN SEAFOOD AS, | * | |
|     Plaintiff | * | Civil Action No.: WMN 00 CV 3020 |
| v. | * | |
| NORAM TRADING LIMITED | * | |
|     Defendant | * | |

*FILED ENTERED RECEIVED AUG 12 2002 CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND AT BALTIMORE DEPUTY*

## CONSENT ORDER REQUIRING ATTENDANCE AT DEPOSITION

Upon consideration of Plaintiff's Motion to Compel Attendance at Deposition and the opposition thereto, which includes Defendant's agreement for Steve Himelfarb and Jeremy Himelfarb to appear for depositions, it is this ___9th___ day of ___August___, 2002,

ORDERED, that Steven Himelfarb and Jeremy Himelfarb shall appear for deposition on August 29, 2002, at set forth in the Second Amended Notice of Deposition; and it is further

ORDERED, that [any portions of] the Plaintiff's July 29, 2002, letter to the Honorable Paul W. Grimm, Plaintiff's Motion to Compel Attendance at Deposition, Memorandum of Points and Authorities in Support of Plaintiff's Motion to Compel Attendance at Deposition and the exhibits thereto, that contain references to settlement negotiations shall be redacted from the papers filed with the Court, and placed under seal with the record, after notice is provided, in accordance w/ L.R. 105.11. Plaintiff shall undertake this.

[handwritten strikethrough of: "are hereby STRICKEN from the record for including inadmissible details regarding settlement negotiations that are not properly before the Court."]

_____
The Honorable Paul W. Grimm, United
States Magistrate Judge

cc:   Richard B. Rosenblatt, Esquire
*The Law Offices of Richard B. Rosenblatt, PC*
30 Courthouse Square, Suite 302
Rockville, Maryland 20850

David A. Seltzer, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1341 G Street, NW, The Colorado Building
Suite 500
Washington, D.C. 20005