**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

NORMAN SEAFOOD AS,                          *

     Plaintiff,                                   *

v.                                          *          Civil Action No. WMN 00 CV 3020

NORAM TRADING LIMITED,                      *

     Defendant.                                   *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## PLAINTIFF'S PROPOSED AMENDED SCHEDULING ORDER

    This Amended Scheduling Order is being entered pursuant to Local Rule 103.9. **The schedule will not be changed except for a good cause.**

### DEADLINES

| | |
|---|---|
| **Discovery deadline; submission of status report** | December 31, 2002 |
| Requests for admission | January 31, 2003 |
| **Dispositive pretrial motions deadline** | February 28, 2002 |

Dated: ___10|8|02___

_____
Paul W. Grimm
United States Magistrate Judge