UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FACSIMILE (410) 962-2577

February 11, 2003

David Seltzer, Esq.
Andrew M. Winik, Esq.
Wilson, Elser, Moskowitz
1341 G Street, NW, Suite 500
Washington, DC 20005

Richard B. Rosenblatt, Esq.
30 Courthouse Square, Ste 302
Rockville, MD 20850

Re:   Norman Seafood v. Noram Trading Limited
      Civil Action No. WMN-00-3020

Dear Counsel:

I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff, for Tuesday, March 4, 2003 at 9:30 a.m. At that time I shall expect counsel to be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

Very truly yours,

William M. Nickerson
Senior United States District Judge

WMN:ce

cc:   Court File