IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN SEAFOOD AS            :
                             :
v.                           : Civil Action No. WMN-00-3020
                             :
NORAM TRADING LIMITED        :

## ORDER

Before the Court are Defendant's Request to Strike Portions of Motion Pertaining to Settlement Negotiations (Paper No. 28) and Plaintiff's Motion to Seal Plaintiff's Motion to Compel Attendance at Deposition and Plaintiff's July 29, 2002 Status Report to Judge Paul W. Grimm (Paper No. 32). Judge Grimm, in an order dated August 9, 2002, ordered that all papers containing references to settlement negotiations were to be placed under seal with the record, by motion filed by Plaintiff. Accordingly, IT IS this 21st day of February, 2003, by the United States District Court for the District of Maryland, ORDERED:

    1. That Defendant's Request to Strike Portions of Motion Pertaining to Settlement Negotiations (Paper No. 28) is hereby GRANTED;

    2. That Plaintiff's Motion to Seal Plaintiff's Motion to Compel Attendance at Deposition and Plaintiff's July 29, 2002 Status Report to Judge Paul W. Grimm (Paper No. 32) is hereby GRANTED;

    3. That Plaintiff's Motion to Compel Attendance at

Deposition (Paper No. 27) is hereby SEALED;

    4.  That Plaintiff's July 29, 2002 status report to Judge Grimm (located in Judge Grimm's chambers) is hereby SEALED; and

    5.  That the Clerk of Court shall mail copies of this Order to all counsel of record.

                                                William M. Nickerson
                                                Senior United States District Judge