IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN SEAFOOD                :

    V.                        :        CIVIL ACTION NO. WMN-00-3020

NORAM TRADING                 :
                             ***********

### AMENDED SCHEDULING ORDER

    1.  The pretrial conference shall be held by telephone on <u>JULY 16, 2003 at 9:30 a.m.</u>

    2.  The <u>3</u> day non-jury trial shall commence on <u>JULY 22, 2003 at 10:00 a.m.</u>

    3.  Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked.  [Please contact my courtroom deputy, Mary Jo Lauman (410) 962-2600 prior to the submission of the exhibit list to insure an accurate format.]  Counsel for the plaintiff shall file said list with the Court, in quadruplicate, and shall serve a copy on defendant's counsel not later than <u>July 9, 2003</u>.  Counsel for the defendant shall file said list with the Court, and shall serve a copy on plaintiff's counsel, not later than <u>July 16, 2003</u>.

    4.  If counsel for the parties so desire, they may file trial memoranda.  Such memoranda shall be filed with the Court not later than <u>July 16, 2003</u>.

    5.  The Clerk of Court shall mail copies of this Amended Scheduling Order to counsel in this case.

                                                   /s/
                                   William M. Nickerson
                                   Senior United States District Judge

Dated:     3/19/03