IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN SEAFOOD AS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 00 CV 3020 |
| NORAM TRADING LIMITED, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S PRETRIAL EXHIBIT LIST

Plaintiff, Norman Seafood, by and through undersigned counsel, and, pursuant to the Amended Scheduling Order, hereby submits four copies of the attached Exhibit List. In addition to the Exhibits listed thereon, plaintiff states as follows:

1. Plaintiff reserves the right to utilize any exhibit listed by the defendant on its Exhibit List.

2. Plaintiff reserves the right to use any documents or other materials produced in discovery for impeachment or rebuttal.

3. Plaintiff reserves the right to take the videotape deposition testimony of witnesses to perpetuate testimony and to introduce some into evidence at trial.

4. Plaintiff reserves the right to utilize summaries or chronologies as demonstrative evidence at trial.

154061.1

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Robert B. Wallace (Bar # 15128)
David A. Seltzer (Bar # 15036)
1341 G Street, N.W., Fifth floor
Washington, D.C. 20005
(202) 626-7660

Counsel for Plaintiff Norman Seafood AS

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true copy of the foregoing Plaintiff's Pretrial Exhibit List was sent via electronic mail and mailed, postage prepaid this 9th day of July, 2003 to:

Richard B. Rosenblatt, Esquire
The Law Offices of Richard B. Rosenblatt
30 Courthouse Square, Suite 302
Rockville, MD 20850

_____
David A. Seltzer

154061.1

Norman Seafood, AS

vs.

Noram Trading Limited

Civil Case No.: WMN 00 CV 3020

Exhibits:

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | Invoice No. F2990219 from Norman Seafood AS to Noram Trading Limited |
| 2 | | | Norman Seafood invoice summary entitled "Invoices Noram Trading" |
| 3 | | | Invoice No. F990222 from Norman Seafood to Noram Trading |
| 4 | | | Norman Seafood invoice summary |
| 5 | | | Facsimile correspondence from Paul Agnew to Lars Due dated 6/7/99 |
| 6 | | | Facsimile cletter from Lars Due to Steve Himelfarb dated August 2, 1999 |
| 7 | | | Letter from Steven Himelfarb to Lars Due dated August 2, 1999 |
| 8 | | | Letter from Steven Himelfarb to Lars Due dated August 3, 1999 |
| 9 | | | Facsimile letter from Steve Himelfarb to Lars Due dated August 18, 1999 |
| 10 | | | Facsimile letter from Lars Due to Steve Himelfarb dated August 30, 1999 |
| 11 | | | Facsimile letter from Lars Due to Steve Himelfarb dated August 31, 1999 |

154007.1

| | | | |
|---|---|---|---|
| 12 | | | Facsimile letter from Lars Due to Steve Himelfarb dated September 1, 1999 |
| 13 | | | Letter from Steve Himelfarb to Lars Due dated September 2, 1999 |
| 14 | | | Facsimile letter from Lars Due to Steve Himelfarb dated September 3, 1999 |
| 15 | | | Facsimile letter from Steve Himelfarb to Lars Due dated September 3, 1999 |
| 16 | | | Facsimile letter from Lars Due to Steve Himelfarb dated September 22, 1999 |
| 17 | | | Credit Note re invoice F990222 from Norman Seafood AS |
| 18 | | | Facsimile letter from Lars Due to Steven Himelfarb dated October 12, 1999 |
| 19 | | | Facsimile letter from Lars Due to Steve Himelfarb dated October 22, 1999 |
| 20 | | | Facsimile letter from Lars Due to Steve Himelfarb dated November 11, 1999 |
| 21 | | | Facsimile letter from Steve Himelfarb to Lars Due dated November 15, 1999 |
| 22 | | | Memo from Steven Himelfarb to Crescent City Seafood dated June 16, 1999 |
| 23 | | | Letter from Nils-Tore Leivdal to Lars Due dated November 25, 1999 |
| 24 | | | Facsimile letter from Lars Due to Steve Himelfarb dated December 1, 1999 |
| 25 | | | Facsimile letter from Lars Due to Steve Himelfarb dated December 6, 1999 |
| 26 | | | Invoice No. 990223 from Norman Seafood AS to Noram Trading |

154007.1

| | | | |
|---|---|---|---|
| 27 | | | Invoice No. 990256 from Norman Seafood AS to Noram Trading |
| 28 | | | Invoice No. 990257 from Norman Seafood AS to Noram Trading |
| 29 | | | Invoice No. F990275 from Norman Seafood AS to Noram Trading |
| 30 | | | Invoice No. F990315 from Norman Seafood AS to Noram Trading |
| 31 | | | Invoice No. F990316 from Norman Seafood AS to Noram Trading |
| 32 | | | Invoice No. F990317 from Norman Seafood AS to Noram Trading |
| 33 | | | Invoice No. F990318 from Norman Seafood AS to Noram Trading |

154007.1