IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NORMAN SEAFOOD AS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. WMN 00 CV 3020 |
| NORAM TRADING LIMITED, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF CONSENT JUDGMENT

The parties, by counsel, pursuant to the Rules of this Court, hereby request, by execution of this Order, that the Court enter judgment against defendant Noram Trading Limited and in favor of plaintiff Norman Seafood, AS in the amount of $125,000.00, plus interest.

_____
The Honorable William M. Nickerson
Senior United States District Judge
United States District Court for the District of Maryland

**SEEN AND AGREED:**

_[signature]_____  _[signature] by otts_____
David A. Seltzer, Bar No. 15036           Richard B. Rosenblatt, Bar No. 04678
Wilson, Elser, Moskowitz, Edelman         Law Offices of Richard B. Rosenblatt, P.C.
 & Dicker, LLP                            30 Courthouse Square, Suite 302
1341 G Street, N.W., Suite 500            Rockville, MD 20850
Washington, D.C. 20005                    Counsel for Defendant
Counsel for Plaintiff

154644.1

**Copies to:**

Robert B. Wallace, Esquire
David A. Seltzer, Esquire
Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP
The Colorado Building
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
Counsel for Plaintiff

Richard B. Rosenblatt, Esquire
Law Offices of Richard B. Rosenblatt, P.C.
30 Courthouse Square, Suite 302
Rockville, Maryland 20850
Counsel for Defendant