IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NORMAN SEAFOOD AS

v.                                   Civil Action No WMN-00-3020

NORAM TRADING LIMITED

## ORDER

The parties request that the Court enter judgment against Defendant and in favor of Plaintiff in the amount of $125,000.00, plus interest. Accordingly, IT IS this 23rd day of July, 2003, by the United States District Court for the District of Maryland, hereby ORDERED:

judgment is entered in favor of Plaintiff and against Defendant in the amount of $125,000.00, plus interest;

2. That this case is hereby CLOSED;

3. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R Civ. P. 58; and

4 That the Clerk of the Court shall mail or transmit copies of this order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge